**Order entered September 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00163-CV

**RICHARD BROCK COMPTON, IVY CREEK INVESTMENTS, LTD.,
MINERAL POINT HOLDING CO., LLC, AND
KAZOKU INVESTMENTS LTD., Appellants**

**V.**

**KELLY MARIE HOGLUND COMPTON, Appellee**

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-18-25368**

### ORDER

Before the Court is appellants' August 31, 2021 unopposed third motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants to file their brief, a motion to dismiss, or status report no later than October 7, 2021.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE